IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID REYES,                                                No. 2:12-cv-0652-KJM-CMK-P

       Plaintiff,

   vs.                                                            <u>ORDER</u>

CHRISTOPHER SMITH, et al.,

       Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       Plaintiff originally filed this action in March 2012. The court found service appropriate for defendants Smith and Heatley, and authorized service in June 2012. In December 2012, the defendants filed a motion to dismiss for plaintiff's failure to exhaust his administrative remedies. The court granted the unopposed motion, finding plaintiff did not exhaust his administrative remedies because he failed to identify the defendants as the staff members responsible for the medication determination he was grieving, which was a procedural requirement to properly exhaust his administrative remedies. Plaintiff appealed this court's decision and dismissal. The Ninth Circuit Court of Appeals, on a matter of first impression,

1

1  disagreed with this court's determination, finding that because the prison addressed the merits of
2  plaintiff's grievance despite his failure to comply with a procedural rule, the prison officials were
3  on notice and had an opportunity to resolve the issue. The Ninth Circuit thus reversed this
4  court's decision, and remanded for further proceedings.
5        The decision of the Ninth Circuit is essentially a denial of defendants' motion to
6  dismiss. As such, the defendants will now be required to file an answer to plaintiff's complaint
7  (Doc. 1).
8        Accordingly, IT IS HEREBY ORDERED that the defendants shall file an answer
9  to plaintiff's complaint within 30 days of the date of this order.

DATED: April 19, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE